JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Benjamin Robey

### DEFENDANTS
United States Postal Service, et al.

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Marc T. Sacchetta, Esquire, Sacchetta & Falcone
308 E. 2nd St., Media, PA 19063, 610-891-2797

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1  U.S. Government Plaintiff
- [ ] 3  Federal Question (U.S. Government Not a Party)
- [x] 2  U.S. Government Defendant
- [ ] 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|                                      | PTF | DEF |                                                              | PTF | DEF |
|--------------------------------------|-----|-----|--------------------------------------------------------------|-----|-----|
| Citizen of This State                | [x] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State    | [ ] 4 | [x] 4 |
| Citizen of Another State             | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation                                               | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*    Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | 625 Drug Related Seizure of Property 21 USC 881 | 422 Appeal 28 USC 158 | 375 False Claims Act |
| 120 Marine | 310 Airplane | 365 Personal Injury - Product Liability | 690 Other | 423 Withdrawal 28 USC 157 | 376 Qui Tam (31 USC 3729(a)) |
| 130 Miller Act | 315 Airplane Product Liability | 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **INTELLECTUAL PROPERTY RIGHTS** | 400 State Reapportionment |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander | | | 820 Copyrights | 410 Antitrust |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability | 368 Asbestos Personal Injury Product Liability | | 830 Patent | 430 Banks and Banking |
| 151 Medicare Act | 340 Marine | | | 835 Patent - Abbreviated New Drug Application | 450 Commerce |
| 152 Recovery of Defaulted Student Loans (Excludes Veterans) | 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | 840 Trademark | 460 Deportation |
| 153 Recovery of Overpayment of Veteran's Benefits | [x] 350 Motor Vehicle | 370 Other Fraud | 710 Fair Labor Standards Act | 880 Defend Trade Secrets Act of 2016 | 470 Racketeer Influenced and Corrupt Organizations |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability | 371 Truth in Lending | 720 Labor/Management Relations | | 480 Consumer Credit (15 USC 1681 or 1692) |
| 190 Other Contract | 360 Other Personal Injury | 380 Other Personal Property Damage | 740 Railway Labor Act | **SOCIAL SECURITY** | 485 Telephone Consumer Protection Act |
| 195 Contract Product Liability | 362 Personal Injury - Medical Malpractice | 385 Property Damage Product Liability | 751 Family and Medical Leave Act | 861 HIA (1395ff) | 490 Cable/Sat TV |
| 196 Franchise | | | | 862 Black Lung (923) | 850 Securities/Commodities/Exchange |
| | | | | 863 DIWC/DIWW (405(g)) | |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | 790 Other Labor Litigation | 864 SSID Title XVI | 890 Other Statutory Actions |
| 210 Land Condemnation | 440 Other Civil Rights | **Habeas Corpus:** | 791 Employee Retirement Income Security Act | 865 RSI (405(g)) | 891 Agricultural Acts |
| 220 Foreclosure | 441 Voting | 463 Alien Detainee | | **FEDERAL TAX SUITS** | 893 Environmental Matters |
| 230 Rent Lease & Ejectment | 442 Employment | 510 Motions to Vacate Sentence | | 870 Taxes (U.S. Plaintiff or Defendant) | 895 Freedom of Information Act |
| 240 Torts to Land | 443 Housing/ Accommodations | 530 General | | 871 IRS—Third Party 26 USC 7609 | 896 Arbitration |
| 245 Tort Product Liability | 445 Amer. w/Disabilities - Employment | 535 Death Penalty | **IMMIGRATION** | | 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| 290 All Other Real Property | 446 Amer. w/Disabilities - Other | **Other:** | 462 Naturalization Application | | 950 Constitutionality of State Statutes |
| | 448 Education | 540 Mandamus & Other | 465 Other Immigration Actions | | |
| | | 550 Civil Rights | | | |
| | | 555 Prison Condition | | | |
| | | 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):*
28 USC § 1391

Brief description of cause:
Motor Vehicle Accident

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: [x] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE: Mar 3, 2026

SIGNATURE OF ATTORNEY OF RECORD
/s/Marc T. Sacchetta, Esquire

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

I.(a) **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.
 (b) **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)
 (c) **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

II. **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

III. **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

IV. **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

V. **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statute.

VI. **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service.

VII. **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

VIII. **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DESIGNATION FORM

Place of Accident, Incident, or Transaction: __21st Street at, or near, South Street and Rodman Street in Philadelphia, PA__

---

**RELATED CASE IF ANY:** Case Number:_____ Judge:_____

1. Does this case involve property included in an earlier numbered suit? Yes ☐

2. Does this case involve a transaction or occurrence which was the subject of an earlier numbered suit? Yes ☐

3. Does this case involve the validity or infringement of a patent which was the subject of an earlier numbered suit? Yes ☐

4. Is this case a second or successive habeas corpus petition, social security appeal, or pro se case filed by the same individual? Yes ☐

5. Is this case related to an earlier numbered suit even though none of the above categories apply? Yes ☐
If yes, attach an explanation.

I certify that, to the best of my knowledge and belief, the within case ☐ is / ☒ is not related to any pending or previously terminated action in this court.

---

**Civil Litigation Categories**

A. *Federal Question Cases:*

☐ 1. Indemnity Contract, Marine Contract, and All Other Contracts
☐ 2. FELA
☐ 3. Jones Act-Personal Injury
☐ 4. Antitrust
☐ 5. Wage and Hour Class Action/Collective Action
☐ 6. Patent
☐ 7. Copyright/Trademark
☐ 8. Employment
☐ 9. Labor-Management Relations
☐ 10. Civil Rights
☐ 11. Habeas Corpus
☐ 12. Securities Cases
☐ 13. Social Security Review Cases
☐ 14. Qui Tam Cases
☐ 15. Cases Seeking Systemic Relief *see certification below*
☐ 16. All Other Federal Question Cases. *(Please specify)*:_____

B. *Diversity Jurisdiction Cases:*

☐ 1. Insurance Contract and Other Contracts
☐ 2. Airplane Personal Injury
☐ 3. Assault, Defamation
☐ 4. Marine Personal Injury
☒ 5. Motor Vehicle Personal Injury
☐ 6. Other Personal Injury *(Please specify)*:_____
☐ 7. Products Liability
☐ 8. All Other Diversity Cases: *(Please specify)*_____

I certify that, to the best of my knowledge and belief, that the remedy sought in this case ☐ does / ☒ does not have implications beyond the parties before the court and ☐ does / ☒ does not seek to bar or mandate statewide or nationwide enforcement of a state or federal law including a rule, regulation, policy, or order of the executive branch or a state or federal agency, whether by declaratory judgment and/or any form of injunctive relief.

---

**ARBITRATION CERTIFICATION (CHECK ONLY ONE BOX BELOW)**

I certify that, to the best of my knowledge and belief:

☒ Pursuant to Local Civil Rule 53.2(3), this case is not eligible for arbitration either because (1) it seeks relief other than money damages; (2) the money damages sought are in excess of $150,000 exclusive of interest and costs; (3) it is a social security case, includes a prisoner as a party, or alleges a violation of a right secured by the U.S. Constitution, or (4) jurisdiction is based in whole or in part on 28 U.S.C. § 1343.

☐ None of the restrictions in Local Civil Rule 53.2 apply and this case is eligible for arbitration.

NOTE: A trial de novo will be by jury only if there has been compliance with F.R.C.P. 38.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania ▼

| | |
|---|---|
| Benjamin Robey<br><br>*Plaintiff(s)*<br>v.<br>United States Postal Service and John Doe/Jane Doe/ Unidentified Individual who was Operating the USPS Truck #1259758 on 21st Street at or near South Street and Rodman Street in Philadelphia, PA<br><br>*Defendant(s)* | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* United States Postal Service
475 L'Enfant Plaza SW
Washington, DC 20260

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Marc T. Sacchetta, Esquire
Sacchetta & Falcone
308 East 2nd Street
Media, PA 19063

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 03/03/2026

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

*Server's signature*

*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc:

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BENJAMIN ROBEY<br>    *Plaintiff*<br><br>v.<br><br>UNITED STATES POSTAL SERVICE<br>    and<br>JOHN DOE/JANE DOE/UNIDENTIFIED<br>INDIVIDUAL WHO WAS OPERATING<br>THE USPS TRUCK #1259758 ON 21st<br>STREET AT OR NEAR SOUTH STREET<br>AND RODMAN STREET IN<br>PHILADELPHIA, PENNSYLVANIA<br>ON MAY 28, 2023 AS DEPICTED IN<br>PHOTOGRAPHS ATTACHED HERETO<br>AS EXHIBIT A<br>    *Defendant* | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:    **JURY TRIAL DEMANDED** |

## CIVIL ACTION COMPLAINT

### I. PARTIES

1. Plaintiff, Benjamin Robey, is an adult individual and citizen of the Commonwealth of Pennsylvania, residing there in 1809 Moore Street, Philadelphia, PA 19145.

2. Defendant, United States Postal Service, was and is now an agency of the executive branch of the United States federal government, with headquarters located at 475 L'Enfant Plaza SW, Washington, DC 20260.

3. Defendant, John Doe/Jane Doe/Unidentified Individual who was operating the USPS truck #1259758 on 21st Street at, or near, South Street and Rodman Street in Philadelphia, Pennsylvania on May 28, 2023, as depicted in photographs attached hereto as Exhibit A, is an unknown individual who was employed by defendant United States Postal Service.

### II. JURISDICTION AND VENUE

4. Jurisdiction is conferred upon this Court by virtue of 39 U.S.C. § 409.

5. Venue is proper in this district pursuant to 28 U.S.C. § 1391 because a substantial part of the events or omissions giving rise to the within claims occurred within the District.

### III.  STATEMENT OF CLAIMS

6. At all times relevant hereto, Defendant, United States Postal Service, acted by and through its agents, servants, employees, workmen and/or other representatives, who were, in turn, acting within the course and scope of their employment, agency and/or service for the same.

7. The facts and occurrences herein stated took place on or about May 28, 2023, on 21st Street at, or near, South Street and Rodman Street in Philadelphia, Pennsylvania

8. At the aforesaid time and place, Plaintiff was operating a motor vehicle on 21st Street at or near South Street and Rodman Street in Philadelphia, Pennsylvania.

9. At the aforesaid time and place, John Doe/Jane Doe/Unidentified Individual who was operating the USPS truck #1259758 on 21st Street at, or near, South Street and Rodman Street in Philadelphia, Pennsylvania on May 28, 2023, as depicted in photographs attached hereto as Exhibit A, was operating a USPS vehicle also on 21st Street at, or near, South Street and Rodman Street in Philadelphia, Pennsylvania when suddenly, and without warning, defendant negligently traveled in to Plaintiff's lane of travel, striking Plaintiff's vehicle, causing Plaintiff's vehicle to strike a trash dumpster.

10. At all times relevant hereto, Defendant John Doe/Jane Doe/Unidentified Individual who was operating the USPS truck #1259758 on 21st Street at, or near, South Street and Rodman Street in Philadelphia, Pennsylvania on May 28, 2023, as depicted in photographs attached hereto as Exhibit A, was operating the U.S. mail vehicle as the employee, agent, workmen and/or servant of Defendant United States Postal Service.

11. At the aforesaid time and place, due to the negligence of Defendants the violent collision occurred when Defendant John Doe/Jane Doe/Unidentified Individual who was operating the USPS truck #1259758 on 21st Street at, or near, South Street and Rodman Street in Philadelphia, Pennsylvania on May 28, 2023, as depicted in photographs attached hereto as Exhibit A, was driving while distracted, failed to keep said U.S. mail vehicle in the proper lane of travel, yield to traffic, failed to obey traffic controls, was driving while distracted, failed to stop and struck Plaintiff's vehicle, causing Plaintiff to suffer serious injury.

12. As a result of the negligence and recklessness of the Defendants, Plaintiff sustained injuries as set forth below.

## COUNT I - NEGLIGENCE
## BENJAMIN ROBEY V. UNITED STATES POSTAL SERVICE

13. Plaintiff incorporates by reference all preceding paragraphs of this Complaint as though fully set forth at length.

14. Herein named defendant was negligent and careless in the following ways:

    a.    entrusted, or by and through its agents, servants, workmen and employees allowed to be entrusted, the motor vehicle for which it owned, insured, and/or rented, to defendant, United States Postal Service, after it knew or should have known that he/she was not competent to operate the motor vehicle in a safe manner; and

    b.    allowed defendant, John Doe/Jane Doe/Unidentified Individual who was operating the USPS truck #1259758 on 21st Street at, or near, South Street and Rodman Street in Philadelphia, Pennsylvania on May 28, 2023, as depicted in photographs attached hereto as Exhibit A, to operate the motor vehicle, which motor vehicle was operated in a careless and negligent fashion as stated herein.

15. As a result of the aforesaid accident, plaintiff suffered severe injuries, including but not limited to, left shoulder injuries, cervical injuries, thoracic injuries and lumbar injuries.

16. As a result of his injuries, plaintiff has undergone in the past and will in the future continue to undergo great pain and suffering.

17. As a direct result of the aforesaid injury, plaintiff suffered severe shock to his nervous system, great physical pain, and mental anguish, all of which may continue for an indefinite period of time into the future.

18. As a result of his injuries, plaintiff has suffered a permanent diminution of his ability to enjoy life and life's pleasures.

19. Plaintiff has been compelled to expend various sums of money for medication and medical attention in attempting to remedy the aforementioned injuries.

20. As a result of his injuries, plaintiff has incurred and may in the future continue to incur unreimbursed wage loss and medical expenses.

21. As a result of his injuries, plaintiff may have suffered a permanent disability and a permanent impairment of his earning power and capacity.

22. As a direct result of the injury, plaintiff has been prevented from attending to his usual duties and obligations and believes that he may be prevented from so doing in the future, as his injuries seem to be permanent in nature.

WHEREFORE, plaintiff demands judgment against the defendant for damages, including punitive damages, interest, costs and all other awards permitted under the law.

## COUNT II
## BENJAMIN ROBEY V. UNITED STATES POSTAL SERVICE

23. Plaintiff incorporates by reference all preceding paragraphs of this Complaint

as though fully set forth at length.

24. At the time of the collision and negligence of defendants as described herein, defendant John Doe/Jane Doe/Unidentified Individual who was operating the USPS truck #1259758 on 21st Street at, or near, South Street and Rodman Street in Philadelphia, Pennsylvania on May 28, 2023, as depicted in photographs attached hereto as Exhibit A, was then and there engaged in furthering defendant John Doe/Jane Doe/Unidentified Individual who was operating the USPS truck #1259758 on 21st Street at, or near, South Street and Rodman Street in Philadelphia, Pennsylvania on May 28, 2023, as depicted in photographs attached hereto as Exhibit A and United States Postal Service's interests, activities, affairs, or business.

25. Defendant is vicariously liable to plaintiff for the injuries plaintiff sustained as a result of their agent, servant, workman, and/or employee, defendant, John Doe/Jane Doe/Unidentified Individual who was operating the USPS truck #1259758 on 21st Street at, or near, South Street and Rodman Street in Philadelphia, Pennsylvania on May 28, 2023, as depicted in photographs attached hereto as Exhibit A, whose conduct was under their control or right of control and directly caused harm to plaintiff as described herein.

26. At all relevant times hereto, defendant John Doe/Jane Doe/Unidentified Individual who was operating the USPS truck #1259758 on 21st Street at, or near, South Street and Rodman Street in Philadelphia, Pennsylvania on May 28, 2023, as depicted in photographs attached hereto as Exhibit A was acting within the scope of
her employment as agent, servant, employee, director or officer of said defendant.

27. As a result of the aforesaid accident, plaintiff suffered severe injuries, including but not limited to, left shoulder injuries, cervical injuries, thoracic injuries and lumbar injuries.

28. As a result of his injuries, plaintiff has undergone in the past and will in the future continue to undergo great pain and suffering.

29. As a direct result of the aforesaid injury, plaintiff suffered severe shock to his nervous system, great physical pain, and mental anguish, all of which may continue for an indefinite period of time into the future.

30. As a result of his injuries, plaintiff has suffered a permanent diminution of his ability to enjoy life and life's pleasures.

31. Plaintiff has been compelled to expend various sums of money for medication and medical attention in attempting to remedy the aforementioned injuries.

32. As a result of his injuries, plaintiff has incurred and may in the future continue to incur unreimbursed wage loss and medical expenses.

33. As a result of his injuries, plaintiff may have suffered a permanent disability and a permanent impairment of his earning power and capacity.

34. As a direct result of the injury, plaintiff has been prevented from attending to his usual duties and obligations and believes that he may be prevented from so doing in the future, as his injuries seem to be permanent in nature.

WHEREFORE, plaintiff demands judgment against the defendant for damages, including punitive damages, interest, costs and all other awards permitted under the law.

**COUNT III**
**BENJAMIN ROBEY v. JOHN DOE/JANE DOE/UNIDENTIFIED INDIVIDUAL WHO WAS OPERATING THE USPS TRUCK #1259758 ON 21st STREET AT OR NEAR SOUTH STREET AND RODMAN STREET IN PHILADELPHIA, PENNSYLVANIA ON MAY 28, 2023 AS DEPICTED IN PHOTOGRAPHS ATTACHED HERETO AS EXHIBIT A**

35. Plaintiff incorporates herein all preceding paragraphs of this Complaint as though fully set forth at length.

36. The negligence of the defendant consisted of:

    a.    operating the vehicle at an excessive rate of speed under the circumstances;

    b.    failing to have the vehicle under proper and adequate control;

    c.    failing to apply the brakes in time to avoid a collision;

    d.    negligently applying the brakes;

    e.    failing to observe other vehicles on the roadway;

    f.    failing to operate the vehicle in accordance with existing traffic conditions and traffic controls;

    g.    failing to drive at a speed and in a manner consistent with keeping the vehicle under control;

    h.    failing to keep a reasonable lookout for other vehicles;

    i.    operating the vehicle in a manner not consistent with the road and weather conditions prevailing at the time;

    j.    failing to have the vehicle under proper and adequate control;

    k.    operating the vehicle while distracted;

    l.    operating the vehicle while using a cell phone;

    m.    operating the vehicle in an inattentive manner;

    n.    operating a vehicle for an excessive amount of time in violation of the standards, regulations and/or law;

    o.    failing to properly observe and react to conditions existing at the time of

the incident;

   p. failing to remain attentive;

   q. driving in careless disregard for the safety of persons;

   r. violating and failing to adhere to applicable statutes, ordinances, rules, regulations and standards governing or regulating the operation of vehicles;

   s. otherwise operating said vehicle in a negligent manner and in a manner violating the motor vehicle code of the State of Pennsylvania.

 37. As a result of the aforesaid accident, plaintiff suffered severe injuries, including but not limited to, left shoulder injuries, cervical injuries, thoracic injuries and lumbar injuries.

 38. As a result of his injuries, plaintiff has undergone in the past and will in the future continue to undergo great pain and suffering.

 39. As a direct result of the aforesaid injury, plaintiff suffered severe shock to his nervous system, great physical pain, and mental anguish, all of which may continue for an indefinite period of time into the future.

 40. As a result of his injuries, plaintiff has suffered a permanent diminution of his ability to enjoy life and life's pleasures.

 41. Plaintiff has been compelled to expend various sums of money for medication and medical attention in attempting to remedy the aforementioned injuries.

 42. As a result of his injuries, plaintiff has incurred and may in the future continue to incur unreimbursed wage loss and medical expenses.

 43. As a result of his injuries, plaintiff may have suffered a permanent disability and a permanent impairment of his earning power and capacity.

44. As a direct result of the injury, plaintiff has been prevented from attending to his usual duties and obligations and believes that he may be prevented from so doing in the future, as his injuries seem to be permanent in nature.

WHEREFORE, Plaintiff, Benjamin Robey, demands judgment against Defendant, United States Postal Service and John Doe/Jane Doe/Unidentified Individual who was operating the USPS truck #1259758 on 21st Street at, or near, South Street and Rodman Street in Philadelphia, Pennsylvania on May 28, 2023, as depicted in photographs attached hereto as Exhibit A in an amount in excess of One-Hundred Fifty-Thousand Dollars ($150,000.00).

SACCHETTA & FALCONE

By: /s/ *Marc T. Sacchetta, Esquire*
MARC T. SACCHETTA, ESQUIRE
Attorney for Plaintiff

## VERIFICATION

I hereby verify that the statements made in the foregoing document are true and correct to the best of my knowledge, information and belief. The undersigned understands that false statements herein are made subject to the penalties of 18 Pa.C.S. §4904, relating to unsworn falsification to authorities.

_____
SIGNATURE

# EXHIBIT A

